# Exhibit A



US00D487660S

(12) **United States Design Patent**
Sayers et al.

(10) Patent No.: **US D487,660 S**
(45) Date of Patent: ✶✶ **Mar. 23, 2004**

(54) **BOTTLE CARRIER**

(75) Inventors: **Richard C. Sayers**, Akron, OH (US);
**Richard A. Holmes**, Akron, OH (US);
**Melissa Ann Pitts**, Cuyahoga Falls, OH
(US)

(73) Assignee: **Joseph S. Kanfer**, Richfield, OH (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/183,744**

(22) Filed: **Jun. 18, 2003**

(51) **LOC (7) Cl.** .................................................. **06-06**

(52) **U.S. Cl.** ........................................ **D6/513**; D9/455

(58) **Field of Search** ................. D6/513, 542; 206/277,
206/77.1, 486, 823; 221/282, 283; 222/173,
180, 181.1; D9/455, 434, 436, 443; 215/395,
399, 737, 751

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,930,502 A | 3/1960 | Klein | |
| 3,610,671 A | 10/1971 | Conger | 294/33 |
| 3,688,935 A | 9/1972 | Owen et al. | 215/100 |
| 3,807,679 A | 4/1974 | Burke et al. | 248/359 |
| 3,865,339 A | 2/1975 | Von Alven | 248/318 |
| 4,168,783 A | 9/1979 | Gargione | 215/100 |
| 4,371,087 A | 2/1983 | Saujet | 215/12 |

| | | | |
|---|---|---|---|
| D276,503 S | 11/1984 | Mansau | D9/430 |
| D335,080 S | 4/1993 | Kamen | D9/455 |
| 5,299,700 A | 4/1994 | Beniacar | 215/12.1 |
| 5,648,757 A | 7/1997 | Vernace et al. | 340/539 |
| D419,072 S | 1/2000 | Khaled | D9/517 |
| D444,706 S | * 7/2001 | Giancaspro | D9/455 |
| D448,298 S | 9/2001 | Simkins | D9/455 |

* cited by examiner

*Primary Examiner*—Brian N. Vinson
(74) *Attorney, Agent, or Firm*—Renner, Kenner, Greive,
Bobak, Taylor & Weber

(57) **CLAIM**

We claim the ornamental design for bottle carrier, as shown
and described.

**DESCRIPTION**

FIG. **1** is a perspective view showing our new design for a
bottle carrier.
FIG. **2** is a top plan view thereof.
FIG. **3** is a side elevational view thereof, the opposed side
being a mirror image thereof.
FIG. **4** is an end elevational view thereof taken from the right
of FIG. **3**.
FIG. **5** is a side elevational view taken from the left of FIG.
**3**; and,
FIG. **6** is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**





FIG. I

Case: 5:12-cv-01452-JRA   Doc #: 1-3   Filed:  06/08/12   4 of 5.   PageID #: 14



## FIG. 2



## FIG. 3



*FIG. 4*

*FIG. 5*



*FIG. 6*