# Exhibit B



**Shopping Cart**
0 item(s) - $0.00

Search

Welcome visitor you can **login** or **create an account**.

HomeWish List (0)My AccountShopping CartCheckout

- Accessories
- Nail Polish Strips
- Novelty
- Beauty
- Handbags & Wallets
- Jewelry
- Car Decals
- Underwear
- New Products

**Categories**

- Accessories (1)
- Nail Polish Strips (87)
- Novelty (35)
- **Beauty (67)**
  - - EyeLashes (1)
  - **- GERM-BE-GONE Hand Sanitizer Gel (14)**
  - - Hair Extensions (10)
  - - Lip Tattoos (14)
  - - Nail Polish (5)
  - - Press On Nails (23)
- Handbags & Wallets (20)
- Jewelry (95)
- Car Decals (26)
- Underwear (7)
- New Products (24)

Home » Beauty » GERM-BE-GONE Hand Sanitizer Gel

# GERM-BE-GONE Hand Sanitizer Gel

**Display:** List **/** Grid
**Show:**
15

**Sort By:**
Default

**Product Compare (0)**

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

### 124126 Nilla Cupcake Germ Be Gone (Case Pack)
Nilla Cupcake Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

### 124127 Mellow Mint Germ Be Gone (Case Pack)
Mellow Mint Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

### 124128 Fuzzy Peach Germ Be Gone (Case Pack)
Fuzzy Peach Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**124129 Pomegranate Punch Germ Be Gone (Case Pack)**
Pomegranate Punch Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**124130 Lime & The Coconut Germ Be Gone (Case Pack)**
Lime & The Coconut Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**124131 Strawberry Shortcake Germ Be Gone (Case Pack)**
Strawberry Shortcake Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**124132 Cinnamon Sticks Germ Be Gone (Case Pack)**
Cinnamon Sticks Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**123770 Germ Be Gone (Clip Strip)**
Germ Be Gone Clip Strip 24 Pieces on clips strip 12 different styles 2 piece of each ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**124133 Mango Tango Germ Be Gone (Case Pack)**
Mango Tango Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

**124123 Cucumber Melon Germ Be Gone (Case Pack)**
Cucumber Melon 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

#### 124134 Bashful Cherry Germ Be Gone (Case Pack)

Bashful Cherry Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

#### 124124 Giddy Grape Germ Be Gone (Case Pack)

Giddy Grape Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

#### 123770 Germ Be Gone 24 assorted piece (case pack)

123770 Germ Be Gone 24 piece (case pack) 24 piece case pack 12 scents 2 piece of each..

Add to Wish List
Add to Compare



Price per pc: $0.60
Pack Qty: 24 pcs
Pack Price: **$14.40**

#### 124125 Apple Juice Germ Be Gone (Case Pack)

Apple Juice Germ Be Gone (Case Pack) 24 Pieces with Silicon holders ..
Showing 1 to 14 of 14 (1 Pages)

**Information**

- About Us
- Shipping Information

- Privacy Policy

**Customer Service**

- Contact Us
- Site Map

**My Account**

- My Account
- Order History
- Wish List
- Newsletter

Powered By [OpenCart](#)
The Man Can LLC © 2012

